UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLEN RUSHEFSKY, on behalf of himself and all others similarly situated,

<table>
<tr><td></td><td></td></tr>
</table>

Plaintiff,

-against-

AUDEZE LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/30/2026____

26 Civ. 1707 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' proposed stipulation and order filed at ECF No. 12 and the parties' joint letter filed at ECF No. 13 requesting an adjournment of the deadline to file a joint letter and jointly proposed case management plan and scheduling order.

Accordingly, by **May 28, 2026**, Defendant shall answer or otherwise respond to the complaint.  By **that same date,** the parties shall submit their joint letter and proposed case management plan.  *See* ECF No. 6.

The parties are reminded that, pursuant to Rule I(C) of the undersigned's Individual Practices in Civil Cases, requests to adjourn a deadline must be made at least 48 hours prior to that deadline, and requests for extensions "will ordinarily be denied if made after the expiration of the original deadline."  *See* ECF No. 28.  Further failures to comply with Rule I(C) may result in the Court denying any requested extension solely on that basis.

SO ORDERED.

Dated: April 30, 2026
       New York, New York

_____
       ANALISA TORRES
   United States District Judge